```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                                             :

RAVEN SCORES, LTD.,                              :

                                            Plaintiff,      :           1:22-cv-739-GHW

                 -against-                :            ORDER

DCR FINANCE CORP.,                              :

                                     Defendant.     :

------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than March 23, 2022. Dkt. No. 5. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than March 25, 2022.

       Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

       SO ORDERED.

Dated: March 24, 2022
New York, New York

                                                         GREGORY H. WOODS
                                                  United States District Judge