```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
RAVEN SCORES, LTD.,                                                  :
:
                              Plaintiff,           :          1:22-cv-739-GHW
:
                -against-                               :          ORDER
:
DCR FINANCE CORP.,                                                   :
:
                             Defendant.          :
:
-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022

GREGORY H. WOODS, District Judge:

      In light of Plaintiff's March 25, 2022 letter, Dkt. No. 25, the initial pretrial conference scheduled for March 30, 2022 is adjourned *sine die*. The Court expects Plaintiff to initiate default proceedings by no later than April 27, 2022. Plaintiff is directed to comply with the Court's Individual Rules of Practice in connection with any application for an order to show cause for default judgment. Plaintiff is directed to serve a copy of this order on Defendant and to file proof of such service.

      SO ORDERED.

Dated: March 28, 2022
New York, New York

                                                        GREGORY H. WOODS
                                                  United States District Judge