USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
RAVEN SCORES, LIMITED

                Plaintiff,

  - against -                    **DEFAULT JUDGMENT**

DCR FINANCE CORP.                1:22-cv-739-(GHW)

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      This action having been commenced on January 28, 2022, by the filing of the Summons and Complaint, Dkt. No. 1, and a copy of the Summons and Complaint having been personally served on the defendant, DCR Finance Corp., on March 1, 2022 by personal service on Nancy Dougherty, authorized agent, at the Office of the Secretary of State of the State of New York, and via registered mail to Harvard Business Service, Inc., and proof of service having been filed on March 10, 2022, Dkt. Nos. 6 and 7; and

      After a hearing conducted by this Court on June 17, 2022 on Plaintiff's motion for default judgment brought by Order to Show Cause, Dkt Nos. 24 and 25, with proof of service thereof Dkt. Nos. 26 and 27, at which time, Defendant failed to appear, and Plaintiff having appeared by its counsel, Jeffrey F. Reina, Esq., via telephone; and

      The Court having found that Defendant has not answered the Complaint and the time for the Defendant to answer the Complaint has expired; it is hereby

      ORDERED, ADJUDGED AND DECREED: that Plaintiff Raven Scores, Limited have judgment against Defendant DCR Finance Corp. in the amount of $112,500.00 together with post judgment interest thereon: and it is further

ORDERED, ADJUGED AND DECREED, that for the reasons stated by the Court on the record at the hearing, Plaintiff's request for attorneys' fees and pre-judgment interest is denied.

Dated:      June 17, 2022
            New York, New York

                                                      _____
                                                      HON. GREGORY H. WOODS, U.S.D.J.